INTERNAL REVENUE SERVICE
RECEIVED

JUN 10 2019

PHILADELPHIA TERRITORY GROUP 33
COLLECTION CENTRAL AREA

Robert E. Cahill -Associate Judge, Baltimore County Circuit Court, 3rd Judicial Circuit

# 3rd JUDICIAL CIRCUIT COURT OF MARYLAND
# COUNTY OF BALTIMORE

| | |
|---|---|
| Fola Mborika Will I Am El<br>2513 N. Rolling Road Unit 47343<br>Windsor Mill, Maryland 21244<br><br>Petitioner<br><br>Scott Colwell, IRS Agent, et al<br>Small Business Self-Employed<br>600 Arch Street Room 3256<br>Philadelphia, PA 19106-1611<br><br>Respondent | Case No.<br><br>Term: Equity<br><br>PETITION FOR IRS AGENT SCOTT COLWELL TRESPASSING ON KAR BEN TRUST WHILE SUBMITTING MALICIOUS AND INACCURACE DOCUMENTS |

FILED
2019 MAY 20 AM 9:21
CIRCUIT COURT
BALTIMORE COUNTY

## NATURE OF THE CASE

1. Petitioner is invoking exclusive equitable jurisdiction for breach of trust.

2. Petitioner accept Oath of Office for Clerk of Court and Associate Judge, et al which is enclosed.

3. Petitioner Fola Mborika Will I Am El living woman domiciled in Baltimore County was accused of making alleged 2 million as taxable income which resulted from Lexus of Austin, a car dealership using Petitioner's credit that was from a trust.

9. Petitioner was told by IRS representative from 1-800 number that the taxpayer advocate makes the final evaluation and the agency would coordinate with her.

10. However, the Respondent would constantly send documents for Petitioner to fill out by harassing and intimidating the Petitioner. Therefore, Respondent received Notice that a commercial lien would be placed on their public and private capacity from Petitioner.

11. Petitioner as beneficiary appointed Respondent as 'fiduciary trustee' to handle duties of the beneficiary telling Respondent to settle and close the account.

12. Petitioner was given documents to fill out by Respondent, however the Respondent did not like the answers given; therefore, more documents were mailed to Petitioner. Petitioner felt there was no need to fill them out since Respondent did not accept the prior ones.

13. Respondent sent alleged levy paperwork to Wells Fargo and SECU financial institutions. Petitioner sent certified U.S. Tax Court Documents to their legal department. Respondent managed to get one payment from Wells Fargo and none from SECU for year 2018-2019. However, Respondent managed to get 3 payments from State Retirement at SECU in 2017 where Petitioner got one payment back and is attempting to collect the other two from IRS after filling out IRS 843. A refund check of $3600.00 for tax year 2013 was confiscated to pay for alleged tax amount owed.

14. Respondent filed alleged federal tax lien with Baltimore County Circuit Court in Records Department when Petitioner was told by a clerk that deeds and mortgages are only filed in the Records Department. When Petitioner went to check data base it was not recorded there. However, Petitioner received alleged federal tax lien from Respondent via postal mail stating that the document was filed at Baltimore County Circuit Court.

15. Respondent took the federal tax lien and either turned it into a security himself or had someone with a Series 7 license turn it into a security and placed it on the trading platform in a municipal bond total asset of over 1 billion dollars. The cusip number of that security is 779902105. An SEC and FTC complaint was filed because that is an illegal and unlawful crime that was committed against DBA of FOLA MBORIKA WILL I AM EL and requires jail time.

16. A DBA was placed on the name FOLA MBORIKA WILL I AM EL therefore if anyone uses that name a fee is required. The Petitioner is the name holder of FOLA MBORIKA WILL I AM EL.

17. Numerous letters from Petitioner have been sent to the Respondent explaining their status as a lawful non-taxpayer, paying taxes is voluntary, what is income and who qualities as a taxpayer

by stating the law and much more. However, all this information has been ignored. Petitioner has no problem paying taxes if they owe taxes.

18. The last letter sent by the Respondent said the Petitioner owed a penalty of $5,300.00 on an alleged amount that was satisfied back in 2017. Petitioner called the Respondent to find out why the letter was sent. The Respondent wanted to meet with the Petitioner to work things out although the Respondent said it was voluntary. The Petitioner did not meet with Respondent because of prior phone calls. Petitioner was suspect as to why Respondent wanted to meet. Also, the Petitioner faxed a copy of the letter sent by Respondent to the taxpayer advocate Ms. Abdul-Aziz for her records.

19. Petitioner received a letter from Ms. Abdul-Aziz taxpayer advocate on May 7, 2019 wanting Petitioner to fax several documents so she can continue working on her case. After realizing that no matter how much paperwork Petitioner sends it will not be honored with the facts.

20. Petitioner stated a claim of relief that can be granted.

21. Petitioner exhausted all administrative remedies.

22. Respondent is in violation of Constitutional law of direct taxes.

23. Respondent violated civilian due process of law.

24. The Petitioner decided to take legal action against the Respondent, IRS agent in order to receive civilian due process.

25. The following Maxims are appropriate for this petition:

'Equity follows the law.'

'When there is equal equity, the law must prevail.'

'Equity delights in equality.'

'One who seeks equity must do equity.'

## PRAYER

WHEREFORE, Petitioner prays judgment as follows:

1. Court enter judgment in Petitioner's favor and against Respondent.

2. For a judgment that Petitioner receives all monies acquired by IRS Agent

   plus credits and interests for tax years 2013, 2016, 2017 to be returned to

Petitioner.

3. According to fee schedule (which will be provided by request) Petitioner is to receive monies from amount of alleged federal tax lien turned into a security and up to 30% of security turned into a municipal bond goes to Petitioner.

4. Grant punitive damages for harassment, stress and coercion.

5. For other such relief Petitioner may be entitled to be granted as the Court deems just.

Dated: May 17, 2019

By: *Fola-mborika:williamel*
Fola Mborika Will I Am El, Beneficiary
2513 N. Rolling Road Unit 47343
Windsor Mill, Maryland near 21244
Phone: 443-354-7979


cc: Scott Colwell, IRS Agent, Small Business/Self-Employed, 600 Arch Street Room 3256
    Philadelphia, PA 19106-1611
  Ms. Abdul-Aziz, Taxpayer Advocate, P.O. Box 1553, Room 1130
    Baltimore, Maryland 21203-1553
  Commissioner Wagner, Small Business/Self-Employed, 1111 Constitution Avenue NW Room 3406
    Washington, DC 20224-0002
  Charles P. Rettig dba Commissioner of IRS, Successors, Assigns, Employees, 1111 Constitution
    Avenue NW, Washington, DC 20224-0002
  Nancy B. O'Connor, Deputy Consortium Administrator, Office of Regional Administration,
    811 Market Street, Suite 9400, Philadelphia, PA 19107
  James S. Jackson, TIGTA, Deputy Inspector General for Investigations, City Center Building,
    1401 H Street NW, Washington, DC 20005
  Peter Franchot, Revenue Administration Division, 110 Carroll Street, Annapolis, MD 21411-0001
  Morris Morgan, Sr. Deputy Comptroller/CFO, Office of the Comptroller of the Currency,
    Constitution Center, 400 7th Street, SW, Washington, D.C. 20219
  Julie Ensor, Clerk of the Court, Baltimore County Circuit Court, 401 Bosley Road, Towson,
    Maryland 21204.

## VERIFICATION TO PETITION

I, __Fola Mborika Will I. Am El__ Sui Juris Petitioner, duly sworn, do hereby verify that the statements in the foregoing verified complaint/petition are true and correct to the best of my knowledge, information, and belief.

__By: fola-mborika: williamel__
Sui Juris Petitioner's Signature

SWORN TO AND SUBSCRIBED before me this __17th__ day of __May__ 2019.

_____  (Seal)
Notary Public
Abielard Tagoe
Notary Public State Of Maryland
My Commission Expires: September 10, 2020

Commission Expire

## VERIFICATION TO PETITION

I, __Fola Mborika William El__ Sui Juris Petitioner, duly sworn, do hereby verify that the statements in the foregoing verified complaint/petition are true and correct to the best of my knowledge, information, and belief.

By: __fola-mborika: william el__
Sui Juris Petitioner's Signature

SWORN TO AND SUBSCRIBED before me this __17th__ day of __May__ 2019.

_____  (Seal)
Notary Public
Adedayo Tagun
Notary Public, State Of Maryland
My Commission Expires: September 10, 2020

Commission Expire

**INTERNAL REVENUE SERVICE RECEIVED**

**JUN 10 2019**

PHILADELPHIA TERRITORY GROUP 33
COLLECTION CENTRAL AREA
SBSE COMPLIANCE

*I accept your Oath of Office,*

# Clerk of the Circuit Court For Baltimore County

I, ___Julie Ensor___, do swear or affirm that I will support the Constitution of the United States; and that I will be faithful and bear true allegiance to the State of Maryland, and support the Constitution and Laws thereof; and that I will, to the best of my skill and judgment, diligently and faithfully, without partiality or prejudice, execute the office of Clerk of the Circuit Court For Baltimore County, according to the Constitution and Laws of this State.

_Julie Ensor_
CLERK OF THE CIRCUIT COURT FOR BALTIMORE COUNTY

The above oath was taken and subscribed to by, ___Honorable John Grason Turnbull, II___ before the judges of the Circuit Court For Baltimore County, this ___6th___ day of ___December___, 20___10___.

[signature]



INTERNAL REVENUE SERVICE
RECEIVED

JUN 1 0 2019

PHILADELPHIA TERRITORY GROUP 33
COLLECTION CENTRAL AREA
SBSE COMPLIANCE

# The State of Maryland

## Office of the Secretary of State

This Certification is not valid for use anywhere within the United States of America, its territories or possessions.
This Certification does not certify the content of the document for which it is issued.

**I, John C. Wobensmith, Secretary of State of Maryland,** under and by virtue of the authority vested in me by Section 7-106 of the State Government Article of the Annotated Code of Maryland, Do Hereby Certify that

### Robert P. Duckworth

who has made and signed the attached certificate, was on the date thereof, the duly elected and qualified Clerk of the Circuit Court for Anne Arundel County whose official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.



**In Testimony Whereof**, I hereunto set my hand and have caused to be affixed the official seal of of the Secretary of State, at Annapolis, this 26th day 2016 of April, in the year of our Lord.

*John C. Wobensmith*

*Secretary of State*

No. 239283

183149

**State of Maryland, Anne Arundel County, Sct.**

I, ROBERT P. DUCKWORTH, Clerk of the Circuit Court for Anne Arundel County, Maryland, a court of record, do hereby certify that **Denise Mandel** was a commissioned/appointed and qualified Notary Public commencing on the 28th day of February, 2014.

       **In Testimony Whereof,** I have hereunto set my hand and affixed the seal of the court April 26, 2016



*Robert P Duckworth*
Robert P. Duckworth, Clerk
**Circuit Court for Anne Arundel County, Maryland**

## JURAT ACKNOWLEDGEMENT BY NOTARY

State: Maryland
County: Anne Arundel

Before me, Denise Mandel, a Notary Public, on this day personally appeared Fola M. Will I Am El, known to me or proved to me with valid identification to be the individual or living soul whose name is subscribed to the foregoing instrument (Oath of Office) and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed. Given under my hand and seal of office on this 26 day of April, 2016.

(Seal of Office)

Signature of Notary Public
DENISE MANDEL
Notary Public-Maryland
Anne Arundel County
My Commission Expires
4/21/2018

Commission Expires

*I accept your Oath of Office*

153

## Judge of the Circuit Court, Associate

I, _____, do swear or affirm that I will support the Constitution of the United States; and that I will be faithful and bear true allegiance to the State of Maryland, and support the Constitution and Laws thereof; and that I will, to the best of my skill and judgment, diligently and faithfully, without partiality or prejudice, execute the office of Associate Judge of the Third Judicial Circuit Court of Maryland, according to the Constitution and Laws of this State, that I will not directly or indirectly, receive the profits or any part of the profits of any other office during the term of my acting as Associate Judge.

Sworn to and subscribed before me this _____ day of _____, 20___.

_____
CLERK OF THE CIRCUIT COURT FOR BALTIMORE COUNTY

## Judge of the Circuit Court, Associate

I, _____, do swear or affirm that I will support the Constitution of the United States; and that I will be faithful and bear true allegiance to the State of Maryland, and support the Constitution and Laws thereof; and that I will, to the best of my skill and judgment, diligently and faithfully, without partiality or prejudice,